AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio
Eastern Division

| | |
|---|---|
| Carla Gless, Individually and for Others Similarly Situated *Plaintiff* v. University Hospitals Health System, Inc. *Defendant* | ) ) ) ) ) Case No. 1:23-cv-00875-JPC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant University Hospitals Health System, Inc.

Date:  5/15/2023

*Attorney's signature*

Melissa Z. Kelly (0077441)
*Printed name and bar number*

950 Main Avenue, Suite 1100
Cleveland, OH 44113
*Address*

melissa.kelly@tuckerellis.com
*E-mail address*

216.592.5000
*Telephone number*

216.592.5009
*FAX number*