AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio
Eastern Division

Carla Gless, Individually and for Others Similarly Situated )
*Plaintiff* )
v. ) Case No. 1:23-cv-00875-JPC
University Hospitals Health System, Inc. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant University Hospitals Health System, Inc.

Date: 5/15/2023

*Attorney's signature*

Ariana E. Bernard (0100001)
*Printed name and bar number*

950 Main Avenue, Suite 1100
Cleveland, OH 44113
*Address*

ariana.bernard@tuckerellis.com
*E-mail address*

216.592.5000
*Telephone number*

216.592.5009
*FAX number*