IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARLA GLESS, Individually and for Others Similarly Situated, | ) CASE NO. 1:23-CV-00875-JPC |
| | ) |
| Plaintiff, | ) JUDGE: J. PHILIP CALABRESE |
| | ) |
| v. | ) **DEFENDANT'S MOTION TO DISMISS** |
| | ) |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant University Hospitals Health System, Inc. ("University Hospitals"), by and through counsel, moves to dismiss Plaintiff Carla Gless's ("Plaintiff") Class and Collective Action Complaint. Specifically, University Hospitals moves to dismiss all of Plaintiff's claims for failure to satisfy the pleading standard of Rule 8(a)(2). University Hospitals also moves to dismiss Plaintiff's Count II and Count III under the Ohio Wage Act and the Ohio Prompt Pay Act, as they were improperly asserted as Rule 23 class actions.

The grounds for the Motion are set forth in the Brief in Support attached hereto.

Respectfully submitted,

*/s/ Christine M. Snyder*
Christine M. Snyder (0086788)
Melissa Z. Kelly (0077441)
Ariana E. Bernard (0100001)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: christine.snyder@tuckerellis.com
melissa.kelly@tuckerellis.com
ariana.bernard@tuckerellis.com

*Attorneys for Defendant University Hospitals Health System, Inc.*

3

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was filed electronically on June 9, 2023. Service of this filing is made pursuant to Fed. R. Civ. P. 5(b)(2)(E) by operation of the Court's electronic filing system upon all counsel of record.

                                                             */s/ Christine M. Snyder*
                                                             Christine M. Snyder (0086788)
                                                             *One of the Attorneys for Defendant*
                                                             *University Hospitals Health System, Inc.*

6008559