UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CARLA GLESS, Individually and for Others Similarly Situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.,**<br><br>*Defendant.* | Case No. 1:23-CV-00875-JPC<br><br>District Judge J. Philip Calabrese<br><br>Magistrate Judge Thomas M. Parker |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(2)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and ECF No. 33, the Parties, by and through their counsel of record, hereby stipulate to dismiss the above-captioned matter with prejudice. The Parties agree that costs and expenses with regard to this voluntary dismissal shall be borne by the party incurring same.

Pursuant to Rule 41(a)(1)(A), the dismissal is effective upon filing of this Stipulation without a Court order.

SO STIPULATED.

Approved and agreed to on March 7, 2025 by:

| | |
|---|---|
| /s/ William M. Hogg* | /s/ Christine M. Snyder |
| Michael A. Josephson | Christine M. Snyder |
| Andrew W. Dunlap | Melissa Z. Kelly |
| William M. Hogg | Ariana E. Bernard |
| **JOSEPHSON DUNLAP LLP** | **TUCKER ELLIS LLP** |
| 11 Greenway Plaza, Suite 3050 | 950 Main Avenue, Suite 1100 |
| Houston, Texas 77046 | Cleveland, Ohio 44113 |
| 713-352-1100 – Telephone | Tel: 216-592-5000 |
| 713-352-3300 – Facsimile | Fax: 216-592-5009 |
| mjosephson@mybackwages.com | christine.snyder@tuckerellis.com |
| adunlap@mybackwages.com | melissa.kelly@tuckerellis.com |
| whogg@mybackwages.com | ariana.bernard@tuckerellis.com |
| | |
| Richard J. (Rex) Burch | *Counsel for Defendant* |
| **BRUCKNER BURCH PLLC** | *University Hospitals Health System, Inc.* |
| 11 Greenway Plaza, Suite 3025 | |
| Houston, Texas 77046 | |
| 713-877-8788 – Telephone | |
| rburch@brucknerburch.com | |

Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
614-949-1181 – Telephone
614-386-9964 – Facsimile
mcoffman@mcoffmanlegal.com

*Attorneys for Plaintiffs*

\* - The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.